UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GERALD RICHARD ZACHOW,<br><br>　　　　　　　　Defendant. | CASE NO. CR96-0673JLR<br><br>ORDER |

Before the court is Defendant Gerald Richard Zachow's motion for appointment of counsel. (Mot. (Dkt. # 56).) He seeks court-appointed counsel to assist him with filing a motion to modify or terminate the restitution order in his case. (*See id.* at 1.) Mr. Zachow filed the instant motion *pro se*, even though he is represented by counsel from the Federal Public Defender's Office. (*See generally* Mot.; Dkt. (listing Vanessa Pai-Thompson as counsel of record for Mr. Zachow).) A person who is represented by counsel cannot file *pro se* motions. *See United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, No. C 08-03293 SBA, 2013 WL 415632, at

ORDER - 1

*1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider *pro se* motions filed by a party who remains represented by counsel."). Thus, the court STRIKES Mr. Zachow's *pro se* motion for appointment of counsel (Dkt. # 56).[1]

In his motion, Mr. Zachow also states that he filed the instant motion because Ms. Pai-Thompson has failed to respond to several calls and a letter he sent to her office. (Mot. at 1.) Accordingly, the court ORDERS Ms. Pai-Thompson to submit a response to this court by June 3, 2022 regarding: (1) whether Mr. Zachow's statement is accurate and, if it is, (2) why she has failed to respond to her client.

The Clerk is DIRECTED to send copies of this order to Mr. Zachow, to counsel for Mr. Zachow, and to counsel for the Government.

Dated this 31st day of May, 2022.

JAMES L. ROBART
United States District Judge

---

[1] To the extent that Ms. Pai-Thompson wishes to withdraw as counsel for Mr. Zachow, she must follow the procedures as outlined in Local Rule 83.2(b). *See* Local Rules W.D. Wash. LCR 83.2(b) ("No attorney shall withdraw an appearance in any case . . . except by leave of court . . . ."); *see also* Local Criminal Rules W.D. Wash. LCrR 1(a) (stating that Local Rule 83.2(b) applies to criminal matters). Until she does so, she remains counsel for Mr. Zachow, and the court will not consider any pleadings filed by Mr. Zachow *pro se*. *See Gallardo*, 915 F. Supp. at 218 n.1; *Le*, 2013 WL 415632, at *1.

ORDER - 2